# EXHIBIT 17

# Textbook of Clinical Occupational and Environmental Medicine

Second Edition

Edited by

## Linda Rosenstock MD MPH

Dean, School of Public Health
Professor of Medicine and Environmental Health Sciences
University of California, Los Angeles
Los Angeles, CA
USA

## Mark R Cullen MD

Professor of Medicine and Public Health Director
Occupational and Environmental Medicine Program
Yale University School of Medicine
New Haven, CT
USA

## Carl Andrew Brodkin MD MPH

Clinical Associate Professor of Medicine and
Environmental and Occupational Health Sciences
University of Washington
Seattle, WA
USA

## Carrie A Redlich MD MPH

Professor of Medicine
Occupational and Environmental Medicine Program
and Pulmonary Critical Care Section
Yale University School of Medicine
New Haven, CT
USA



ELSEVIER
SAUNDERS

Philadelphia · Edinburgh · London · New York · St Louis · Sydney · Toronto 2005

### 3. Interpretation of normal and abnormal results

Laboratories commonly supplement reports with statements as to whether or not a result is 'normal'. By convention, the term 'normal' usually means that a test result falls within the range of results for 95% of the healthy population. For a few tests, other guidelines are used by convention, such as within 20% of the mean result of a reference group. In OEM, unlike general medical practice, laboratory test results need to be placed in their appropriate context. For example, a young worker exposed to a known respiratory tract toxin may have 'normal' lung function on spirometry, yet comparison with a previous value from the same individual documents that loss in function has occurred. The laboratory's interpretation in this case is falsely reassuring. Conversely, a lead battery worker may be identified by the laboratory as having an 'abnormal' whole blood lead level of 20 µg/dL. Although this level is indeed higher than that found in any general population, it is unlikely to reflect significant lead toxicity, nor is it an unexpected value in a well-controlled battery plant. Recognition that this level of exposure is higher than that seen in other adults may have some utility, but cannot be used as the basis for the diagnosis of lead poisoning.

Further, as with all tests, the likelihood that an individual with an abnormal test in fact has the disease under evaluation (positive predictive value) is influenced not only by the test's sensitivity (that those with disease will test positive) and specificity (that those without disease will test negative) but also by the prevalence of the disease in the specific population from which the individual comes. For example, a minimal finding of interstitial fibrosis on a chest radiograph in an asbestos-exposed worker is, in itself, more predictive of disease than is the same finding in someone who has not been exposed to a fibrogenic material (see further, below).

## The available databases for diagnostic inference

Having completed the basic evaluation, including the history, environmental exposure assessment, physical examination, and basic laboratory evaluation, the information needs to be integrated to answer three central questions.

1. Given everything already known about the patient, is it plausible that he or she has a disease or health effect related to environmental exposure?
2. If it is plausible, how likely is it, based on the exposure assessment and clinical pattern?
3. Given the exposure assessment and clinical setting, how should various laboratory tests be interpreted? What further studies or tests offer the possibility of substantially altering the likelihood that any clinical abnormality(ies) is (are) related to the environmental exposure?

In this section, we address the task of identifying existing sources of information and establishing how these sources can be used to assist in arriving at a working diagnosis.

Many different types of resources are available to address questions about disease plausibility and likelihood. Most, but not all, rely on a review and assessment of the scientific literature related to the exposures and the health effects in question. The most important are as follows.

### 1. Exposure assessment databases

For a variety of reasons, it is often not possible to confirm directly the occurrence of an exposure of interest or to obtain a reliable estimate of dose. Fortunately, there are many available resources for translating historic information into at least semi-quantitative estimates about exposure and likely dose. Texts, including this one, often summarize the hazards associated with particular kinds of activities and the range of doses to which such workers are potentially exposed. Large surveys, such as the ones performed periodically by the National Institute for Occupational Safety and Health (NIOSH), allow determination of the jobs and industries where certain hazards are likely to be found.[5] Scientific papers, often from the industrial hygiene literature, can frequently provide valuable summaries that may be relevant to a particular clinical problem. Such papers are easily searched using National Library of Medicine and related databases such as Medline or Toxline.

### 2. Epidemiologic databases

When there is some basis for estimating exposure and dose, epidemiologic studies often provide the most compelling data relating exposure to risk for disease Epidemiologic studies can provide direct evidence that an exposure causes an effect in humans. Moreover, such studies often establish certain limits for biologic plausibility of an association between exposure and disease, such as the timing between exposure and emergence of increased disease risk. These kinds of data are often helpful in the quantitative assessment of individual risk. If individuals who do precisely the same activity have been studied, quantitative determination of risk is relatively straightforward. Even if the patient's exposure setting differs from groups that have been reported, one can often learn enough about the patient's exposure to fit him or her into the range of exposures that have been studied.

Access to epidemiologic studies is readily achieved by using available texts and computerized literature searches. Unfortunately, occupational epidemiology studies vary dramatically in quality and applicability to the patient under evaluation. Issues related to the quality of epidemiologic studies are discussed in Chapter 6. The relevance of epidemiologic studies to the patient at hand is no less important.

First, the exposure dose in the patient should be reasonably similar to the exposure dose of at least a portion of the study population. Study findings can be extrapolated to results at higher and lower doses, but this approach is not always valid biologically and requires complex scientific judgements (see Chapter 5).

Second, the population under study ideally should resemble the patient's demographic characteristics, such as age and gender. Unfortunately, most studies historically